EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

ELLIOT ENOKI  #1528
First Assistant U. S. Attorney

FLORENCE T. NAKAKUNI  #2286
Assistant U. S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:  florence.nakakuni@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 13 2005

at 2 o'clock and 10 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. CR05-00244 DAE |
|---|---|
| Plaintiff, | ) INFORMATION |
| | ) [18 U.S.C. § 1956(a)(1)(B)(i)] |
| v. | ) |
| PETER POSANG WONG, | ) |
| Defendant. | ) |

INFORMATION

The United States Attorney charges that:

On or about August 23, 1994, in the district of Hawaii, the defendant, PETER POSANG WONG, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, to wit, the deposit of a check drawn on a Bank of Hawaii account for $300,000 into a Pacific Equity Growth & Management (PEGM) account at American Savings Bank, with the said

check drawn on, and deposited into, accounts with banks engaged in interstate commerce and insured by the Federal Deposit Insurance Corporation,) which involved the proceeds of specified unlawful activity, that is, mail fraud in violation of Title 18, United States Code, Section 1341, and that while conducting and attempting to conduct such transaction, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity; and knew that the transaction was designed in whole or in part, to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of specified unlawful activity, to wit, mail fraud in violation of Title 18, United States Code, Section 1341,

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

DATED: 6·13·05, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U. S. Attorney

FLORENCE T. NAKAKUNI
Assistant U. S. Attorney