EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI 2286
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Florence.Nakakuni@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00368 DAE |
| | ) | CR. NO. 05-00244 DAE |
| Plaintiff, | ) | |
| | ) | SENTENCING STATEMENT OF THE |
| vs. | ) | UNITED STATES |
| | ) | |
| PETER POSANG WONG, | ) | Date:   February 21, 2006 |
| | ) | Judge:  David A. Ezra |
| Defendant. | ) | |
| _____ | ) | |

SENTENCING STATEMENT OF THE UNITED STATES

       The United States has no comments or objections to the draft presentence report.

       DATED:  January 10, 2006, at Honolulu, Hawaii.

                           EDWARD H. KUBO, JR.
                           United States Attorney
                           District of Hawaii


                           By /s/ Florence T. Nakakuni
                               FLORENCE T. NAKAKUNI
                               Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

    SAMUEL P. KING, JR., Esq.        January 10, 2006
    735 Bishop Street, Suite 304
    Honolulu, Hawaii 96813

    Attorney for Defendant
    PETER POSANG WONG

Served by hand delivery:

    U. S. PROBATION OFFICE          January 10, 2006
    300 Ala Moana Blvd.
    Honolulu, Hawaii

                                  /s/ Patricia L. Redondo